AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Holland Koon, aka Robert Koon, aka Robert H. Koon ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:15-cv-1724-DCN |
| SCDC Director Bryan Stirling, Dennis Patterson, et al ) | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ This case is hereby dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   June 17, 2016                                    *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                    *Signature of Clerk or Deputy Clerk*